IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

     Plaintiff,

vs.

MARIA N. EVANS,

     Defendant.

No. CIV S-12-0288 LKK EFB PS

ORDER

On February 8, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed. However, the pro se defendant has filed a "Notice of Dismissal" indicating that the underlying state court action has already been resolved. See Dkt. No. 9.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 8, 2012 (Dkt. No. 3), are ADOPTED;

////

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Shasta;

3. Plaintiff's motion to remand, (Dkt. No. 4), is denied as moot; and

4. The Clerk is directed to close the case.

DATED: May 8, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT